# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FOR YOUR EASE ONLY, INC., ) <br> An Illinois Corporation, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MOSTLY MEMORIES, INC., ) <br> A Missouri Corporation; and ) <br> TRICIA DERGES, a Missouri resident, ) <br> ) <br> Counterclaim Defendants. ) | Cause No. 09-3140-CV-S-RED |

## MOTION FOR PROTECTIVE ORDER

For Your Ease Only, Inc., through its undersigned attorneys, hereby moves for an Order entering a Protective Order in this District. The case captioned *For Your Ease Only, Inc. v. Mostly Memories, Inc. et al.*, Case No. 1:05-cv-07058, with venue in the United States District Court for the Northern District of Illinois. As part of that case, the parties entered into a Stipulated Protective Order, which is attached hereto as Exhibit A. The Northern District of Illinois entered that Order on March 5, 2009.

For Your Ease Only served subpoenas on two third parties (attached as Exhibits B and C) located in this District. Aguirre Holdings, LLC, one of the third parties, requested that the Stipulated Protective Order be entered in this District. For Your Ease Only respectfully requests that this Court enter the Stipulated Protective Order in this District.

FOR YOUR EASE ONLY, INC., Counterclaim Plaintiff

Dated: May 6, 2009    By: /s Timothy C. Sansone
                                    One of their attorneys

2030983\1

SANDBERG PHOENIX & VON GONTARD P.C.
Timothy C. Sansone
One City Centre, 15th Floor
515 North 6th Street
St. Louis, MO 63101-1880
(314) 446-4287


MERCHANT & GOULD, P.C.
Daniel W. McDonald
William D. Schultz
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
(612) 332-5300